USA-74-24B
(Rev. 05/01)

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# CRIMINAL DOCKET
## SEALED

No. 4:19-CR-450-S1

HOUSTON DIVISION

USAO Number:

Magistrate Number:

SUPERSEDING INDICTMENT    Filed  8/6/2019    Judge: Rosenthal

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**
RYAN K. PATRICK, USA        (713) 567-9000
Robert Johnson, AUSA        (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| JEFFREY STERN(1- 11, 19-21) | ☐ | ☐ |
| FREDERICK MORRIS(1, 6-11) | ☐ | ☐ |
| LAMONT RATCLIFF(1, 16-18) | ☐ | ☐ |
| DEBORAH BRADLEY(1, 12-15) | ☐ | ☐ |
| RICHARD PLEZIA(1) | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 21 )

Ct. 1: Conspiracy to Defraud the United States [18 USC § 371]

Ct. 2-5, 12-18: Willfully Filing False Tax Return [26 USC § 7206(1)]

Cts. 6 -11: Aiding and Assisting in the Preparation and Presentation of False Tax Return [26 USC § 7206(2)]

Cts. 19 & 20: Witness Tampering [18 USC § 1512(b)(2)(B)]

Ct. 21: Obstruction of Justice [18 USC 1503)]

**PENALTY:**
Ct. 1: 5 years imprisonment; a $250,000/$500,000 fine or twice the gross gain or loss; 3 years SRT; $100 SA.
Cts. 2-18: 3 years imprisonment; $250,000.00 Fine; 1 year SRT; $100.00 SA.
Cts. 19-20: 20 years imprisonment; $250,000 Fine; 3 years SRT, $100.00 SA.
Ct. 21: 10 years imprisonment, $250,000.00 Fine; 3 years SRT; $100.00 SA.

United States Courts
Southern District of Texas
FILED
AUG 06 2019
David J. Bradley, Clerk of Court

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: