IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. 4:19-CR-00450 |
| | § | |
| JEFFREY STERN | § | |
| FREDERICK MORRIS | § | |
| LAMONT RATCLIFF | § | |
| DEBORAH BRADLEY | § | |
| RICHARD PLEZIA | § | |

**NOTICE OF APPEARANCE**

Please take notice that Jim E. Lavine files this Notice of Appearance as attorney of record for the defendant Deborah Bradley.

Respectfully submitted,

*/s/ Jim Lavine*
JIM E. LAVINE
State Bar No. 12000300

ZIMMERMANN LAVINE & ZIMMERMANN, P.C.
770 South Post Oak Lane, Suite 620
Houston, Texas 77056
(713) 552-0300
(713) 552-0746 (Fax)
ATTORNEY FOR DEBORAH BRADLEY