United States District Court
Southern District of Texas
**ENTERED**
September 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. H-19-450 |
| | § | |
| JEFFREY STERN, ET AL., | § | |
|    Defendant. | § | |

# ORDER

Upon consideration of the Government's Motion to Disclose Certain Returns and Return Information, the Motion is hereby GRANTED.

Accordingly, it is ORDERED that the Government may disclose to each defendant the returns and return information identified in the Government's Motion.

Signed in Houston, Texas on _____September 18_____, 2019.

_____
HON. LEE H. ROSENTHAL
CHIEF UNITED STATES DISTICT JUDGE