UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

# ORDER GRANTING PETITION TO RELEASE FUNDS FROM

# STERN LAW GROUP TRUST ACCOUNT

# CRIMINAL NO. H-19-450

This petition is brought before the above mentioned court by Broderick D. James (petitioner) to grant the release of Texas Farm Bureau Mutual Insurance Company $50,000 (fifty thousand dollars) check issued to STERN LAW GROUP on July 3rd 2019 for policy No. 23001710 on behalf of petitioner, which was then deposited into the STERN LAW GROUP TRUST ACCOUNT, according to Ms. Tammy Till, AIC, SENIOR CLAIMS REPRESENTATIVE OF TEXAS FARM BUREAU INSURANCE COMPANY. (See attached email exhibit A)

This petitioner was informed by Joseph R. Corteguera attorney for STERN LAW GROUP on September the 5th 2019 by text message (see attached exhibit C) that the funds were deposited into the firms trust account and that the Court would determine how funds would be disbursed.

This order should be granted per settlement agreement and release (see attached exhibit B) signed on July 1, 2019 by petitioner.

_____

Judge Peter Bray

1