# YAHOO! MAIL

**Subject** RE: Claim #424958
**From** Till, Tammy <TTill@txfb-ins.com>
**To:** Broderick James <jamesb8950@yahoo.com>
**Date** Tue, Sep 10, 2019 at 14:46

Payment for the UIMBI claims were mailed on 07/03/19

Tammy Till, AIC

Texas Farm Bureau Insurance

Senior Claims Representative

1905 West Loop

El Campo, TX  77437

Office:  979-543-1220

Cell:  979-257-6352

Fax:  866-229-9877

**From:** Broderick James <jamesb8950@yahoo.com>
**Sent:** Monday, September 9, 2019 1:49 PM
**To:** Till, Tammy <TTill@txfb-ins.com>
**Subject:** Claim #424958

**CAUTION: This email message originated from outside the organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**