Greetings Tammy Hill,

My name is Broderick James I am party to this claim 424958 Attached is the Withdrawal letter from Joseph Corteguera with the Stern Law Group. I am requesting the date of claim check, and all the information that you to sent the Stern Law Group regarding this Claim number.

Thanks in Advance.

Broderick James

254-458-2140