**Standing on the True Five Points of Fellowship:**

**LOVE, TRUTH, PEACE, FREEDOM AND JUSTICE**

 

Highest Customer Satisfaction Among Auto Insurers in Texas. **Eight Years in a Row.**

**TEXAS FARM BUREAU INSURANCE**
AUTO / HOME / LIFE

WWW.TXFB-INS.COM

CONFIDENTIALITY STATEMENT: The foregoing message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. sections 2510-2521, and is CONFIDENTIAL. If you believe that it has been sent to you in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you. '