16:33

**Attorney Josep...**
7133920434

Ex C1

Thursday, September 5, 2019

**A** Broderick:

What is your address for receiving mail? Need to include in the motion to withdraw as your attorney.
10:50

11:03   PO BOX 1709 BRAZORIA TX 77422

**A** What about 17047 County road 798
11:04

**A** Is that a good address for you?
11:05

11:05   You just asked me

11:07   And I answered you

**A** Never mind. I was just wondering whether both addresses are good.

+ Enter message