**11:23**  Well get on the paperwork

**A**  The court will need to determine how to disburse  **11:23**

**A**  I filed the motion to withdraw. Check your email.  **11:24**

**11:25**  Court dosen't needs to determine anything

**11:26**  I sure will when I get the time

**A**  I don't know what you mean?  **11:28**

**11:29**  I signed the release and you are refusing to disperse the fund, saying it is in the firm trust account gaing interest which I'm not going to get the interest from? Or because the FEDS has all the accounts froze?

**A**  The court will have to determine whether there is a valid settle-

+ Enter message