**11:29** from? Or because the FEDS has all the accounts froze?

**A** The court will have to determine whether there is a valid settlement agreement, and if so, how the funds should be distributed. You will have an opportunity to present all of your arguments to the court. The $50k UIM is based in part on the liability settlement amount.

It's a bit complicated. YOU SHOULD RETAIN OTHER COUNSEL.     **11:31**

**11:31** You never understand what I mean when it's the truth, like you telling me you didn't receive my rescinding letter and that I can't rescind anything was I agree on something

**A** I always try my best. I want to understand you.    **11:32**

Don't need counsel to bring up suit on Stern Law firm