IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-19-450 |
| § | |
| JEFFREY STERN § | **COMPLEX CASE** |
| LAMONT RATCLIFF § | |
| DEBORAH BRADLEY § | |
| RICHARD PLEZIA § | |

**O R D E R**

Defendant Lamont Ratcliff filed a motion to deem the case complex and for a continuance, (Docket Entry No. 84). The government and the codefendants are unopposed to the motion. The court grants the motion to deem the case complex. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 6, 2019 |
| Responses are to be filed by: | December 20, 2019 |
| Interim Pretrial Conference set for: | **December 19, 2019 at 9:00 a.m.** |
| Pretrial conference is reset to**:** | **February 11, 2020 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 18, 2020 at 9:00 a.m.** |

SIGNED on September 20, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge