UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 20 2019

David J. Bradley, Clerk of Court

NO. H-19-450

I, Broderick James would like to submit additional exhibits to help expedite my motion alone which I have just received today.

- Copy of check from TFB
- Copy of Motion of Attorney to withdraw without imposing a fee

Thanks,

+ Broderick James

20 Sept 19

**Texas Farm Bureau Casualty Insurance Company**  Check No.: 479280

Date:  
07/03/2019

Amount Paid:  
$50,000.00

Claim Number:  
424958

Policy Number:  
23001710

EX D

EETJRC $5805.23

Payee Name and Address:

STERN LAW GROUP  
AND BRODERICK JAMES  
4909 BISSONNET ST STE 100  
BELLAIRE, TX 77401-4051

---

**Texas Farm Bureau Casualty Insurance Company**  
P.O. Box 2689 / Waco, Texas 76702-2689

56-382 / 412     7479280

NOT VALID AFTER ONE YEAR

In Full Payment For: ANY AND ALL CLAIMS

Policy No.: 23001710     Claim No.: 424958

Wells Fargo Bank, N.A.

DATE: 07/03/2019     PAY THIS AMOUNT: $50,000.00

Pay Only>



SOURCE  
7-CLAIMS-CHECK  
TRT

Texas Farm Bureau Casualty Insurance Company

PAY TO THE ORDER OF:  
STERN LAW GROUP  
AND BRODERICK JAMES  
4909 BISSONNET ST STE 100  
BELLAIRE, TX 77401-4051

Authorized Signature

THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND     THE BACKER HAS AN ARTIFICIAL WATERMARK AND MICROPRINTING

9/20/2019, Yahoo Mail - Filing Submitted for Case: 18-E-0474; Broderick Dewayne James,Shaquall Monae Brown vs. Peter Erwin Salvatierra,Salvat...

Case 4:19-cr-00450 Document 95 Filed on 09/20/19 in TXSD Page 3 of 6

EX E1

**Filing Submitted for Case: 18-E-0474; Broderick Dewayne James,Shaquall Monae Brown vs. Peter Erwin Salvatierra,Salvatierra Consultant, LLC,Lawrence Burnett, Jr.; Envelope Number: 36547977**

From: No-Reply@eFileTexas.gov

To: jamesb8950@yahoo.com

Date: Thursday, September 5, 2019, 01:15 PM CDT



# Courtesy Notification

Envelope Number: 36547977
Case Number: 18-E-0474
Case Style: Broderick Dewayne James,Shaquall Monae Brown vs. Peter Erwin Salvatierra,Salvatierra Consultant, LLC,Lawrence Burnett, Jr.

This is a courtesy notification for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| Case Number | 18-E-0474 |
| Case Style | Broderick Dewayne James,Shaquall Monae Brown vs. Peter Erwin Salvatierra,Salvatierra Consultant, LLC,Lawrence Burnett, Jr. |
| Date/Time Submitted | 9/5/2019 11:16 AM CST |
| Filing Type | EFileAndServe |
| Filing Description | Proposed Order Granting Withdrawal of Attorneys |
| Activity Requested | Proposed Order (Court Use) |
| Filed By | Tony Garza |
| Filing Attorney | Joseph Corteguera |

| Document Details | |
|---|---|
| Lead Document | Order of Withdrawal.pdf |
| Lead Document Page Count | 1 |
| File Stamped Copy | View Stamped Document |
| This link is active for 30 days. | |

Ex E2

CAUSE NO. 18-E-0474

| | | |
|---|---|---|
| BRODERICK DEWAYNE JAMES | § | IN THE DISTRICT COURT OF |
| and | § | |
| SHAQUALL MONAE BROWN | § | |
| | § | |
| V. | § | MATAGORDA COUNTY, TEXAS |
| | § | |
| PETER ERWIN SALVATIERRA, | § | |
| LAWRENCE BURNETT, JR. | § | |
| and | § | |
| SALVATIERRA CONSULTANT, LLC | § | 130TH JUDICIAL DISTRICT |

## MOTION TO WITHDRAW AS ATTORNEYS
## BY JOSEPH R. CORTEGUERA, JEFFREY STERN AND STERN LAW GROUP

TO THE HONORABLE JUDGE OF THIS COURT:

Now Come Joseph R. Corteguera, Jeffrey Stern and Stern Law Group and file this Motion asking this Court to allow them to withdraw as attorneys for Plaintiffs, BRODERICK DEWAYNE JAMES AND SHAQUALL MONAE BROWN, and in support would respectfully show the Court the following:

Good cause exists for the Plaintiffs' counsel to withdraw from this case due to a conflict of interest which has arisen and due to the stated desire of both Plaintiffs to terminate the representation. Plaintiffs BRODERICK DEWAYNE JAMES and SHAQUALL MONAE BROWN no longer want Joseph R. Corteguera, Jeffrey Stern and Stern Law Group to represent them in this matter. BRODERICK DEWAYNE JAMES and SHAQUALL MONAE BROWN have stated a desire to terminate their relationship Joseph Corteguera, Jeffrey Stern and Stern Law Group. Although Plaintiff Broderick James informed that he had hired an attorney who did communicate with Joseph Corteguera about the representation, to date new counsel for Broderick James has not made an appearance in this cause. Please see Certificate of Last Known Address, marked as Exhibit "A".

There is good cause for the Court to allow the Motion to Withdraw because it is no longer in the best interest for Plaintiffs BRODERICK DEWAYNE JAMES and SHAQUALL MONAE BROWN and Joseph Corteguera, Jeffrey Stern and the law firm of Stern Law Group to continue the attorney-client relationship in this matter.

A copy of this Motion will be mailed to Plaintiffs BRODERICK DEWAYNE JAMES and SHAQUALL MONAE BROWN via certified mail. Joseph R. Corteguera, Jeffrey Stern and the law firm of Stern Law Group have hereby notified Plaintiffs in writing, both by certified and First Class Mail, of their right to object to the Motion.

The following is a list of all pending settings and deadlines in this case:

| | |
|---|---|
| Discovery Period Ends: | September 20, 2019 |
| Pretrial Hearing/Challenges to Expert Testimony: | December 6, 2019 at 9:00 a.m. |
| Pretrial Filings: | December 20, 2019 |
| Trial: | January 06, 2020 |

WHEREFORE PREMISES CONSIDERED, Joseph R. Corteguera, Jeffrey Stern and Stern Law Group move the Court for an order discharging them as attorneys of record for Plaintiffs in this case, and granting such other relief as the Court may deem proper and just.

Respectfully submitted,

**STERN LAW GROUP**

*/s/ Joseph R. Corteguera*
**JOSEPH R. CORTEGUERA**
SBN: 00787291
**JEFFREY M. STERN**
SBN: 19175660
4909 Bissonnet, Suite 100
Bellaire, Texas 77401
(713) 661-9900 Telephone
(713) 666-5922 Facsimile
Email: eserviceJRC@stern-lawgroup.com
**ATTORNEYS FOR PLAINTIFFS**



## CERTIFICATE OF CONFERENCE

Counsel for Defendants is unopposed to the filing of this motion.

/s/ Joseph R. Corteguera
**JOSEPH R. CORTEGUERA**

## CERTIFICATE OF SERVICE

I certify that on the 5th day of September, 2019, a true and correct copy of the foregoing instrument has been forwarded by regular mail, commercial carrier, facsimile transmission, or e-mail in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure to:

Shaquall Monae Brown
P.O. Box 53
Cedar Lane, Texas 77415

James Broderick
P.O. Box 1709
Brazoria, Texas 77422

*Via E-File:*
John C. Kilpatrick
Law Offices of Kilpatrick, White & Deas
801 Louisiana, Suite 500
Houston, Texas 77002

*Via E-File:*
Gina A. Lucero
Lisa M. Hintz
TBN: 24041104
1776 Yorktown, Suite 100
Houston, Texas 77056

*Via E-File:*
David H. Bradley
2500 Tanglewilde, Suite 250
Houston, Texas 77063

/s/ Joseph R. Corteguera
**JOSEPH R. CORTEGUERA**