United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:19-cr-00450 |
| | § | |
| JEFFREY STERN, ET AL. | § | |

## ORDER

The Court intends to grant Defendant Stern's Unopposed Motion For Continuance and will enter an amended scheduling order to establish appropriate dates after a status conference to be held on the 13ᵗʰ day of _November_ 2019, at _8:45 a.m._ o'clock.

SIGNED THIS 29 day of October 2019.

_____
Hon. Lee H. Rosenthal
Chief United States District Judge