UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. H 19-450 |
| § | |
| RICHARD PLEZIA | |

### DEFENDANTS' JOINT REQUEST FOR NOTICE OF EXTRANEOUS OFFENSES

COMES NOW, Defendants' herein, and file this request that the government provide Defendants' counsel with pre-trial notice of any and all alleged extraneous offenses or bad acts as to their respective Defendant which the government proposes to offer during the trial of this cause on the issues of guilt/innocence or punishment. (Rule 404(b), Federal Rules of Evidence)

Respectfully Submitted,

By: */s/ Christopher L. Tritico*
**Christopher L. Tritico**
TRITICO RAINEY, PLLC
Fed Bar No. 52636
ctritico@triticorainey.com
Ron S. Rainey
Fed Bar No. 10076
rrainey@triticorainey.com
1523 Yale Street
Houston, Texas 77008
(713) 581-3399 Telephone
(713) 581-3360 Facsimile
*Attorneys for Defendant*
*Richard Plezia*

1

*/s/ Jim E. Lavine*
**Jim E. Lavine**
ZIMMERMAN & LAVINE
jim.lavine@zlzslaw.com
770 S. Post Oak, Suite 620
Houston, Texas 77056
(713) 552-0300 Telephone
(713) 552-0746 Facsimile
*Attorneys for Defendant*
*Deborah Bradley*


*/s/ Chip Brandon Lewis*
**Chip Brandon Lewis**
chip@chiplewislaw.com
1207 S Shepherd Drive
Houston, Texas 77019
(713) 523-7878 Telephone
*Lead Attorney for Defendant*
*Lamont Ratcliff*


/s/ Aimee Bolletino
**Aimee Bolletino**
bolletino@bolletinolaw.com
1207 S Shepherd
Houston, Texas 77019
(713) 363-3990 Telephone
*Attorney for Defendant*
*Lamont Ratcliff*

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendant attempted to confer with counsel for the government on the 8th day of February 2021 and was unable to make contact.

By: */s/ Christopher L. Tritico*
**Christopher L. Tritico**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all attorneys via the Court's electronic notification system on this the 8th day of February 2021.

>*/s/ Christopher L. Tritico*
>Christopher L. Tritico