UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Criminal No. H 19-450 |
| | § | |
| RICHARD PLEZIA | § | |

**DEFENDANT RICHARD PLEZIA'S FIFTH AMENDED EXHIBIT LIST**

| Exhibit Number | Description | Offered | Object | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| 1 | Aug. 24, 2010, Proposal to JMS | YES | | 11/3/22 | |
| 2 | Dec. 5, 2013, Assignment of Proceeds | YES | | 11/3/22 | |
| 3 | Nov 5, 2013, letter from American General Life Co. with November notations. | YES | | 11/3/22 | |
| 4 | Nov. 5, 2013, letter from American General Life Co. with December notations | YES | Need complete Document | 1/5/23[1] | |
| 5 | June 2013 Purchase and Sell agreement | YES | | 11/3/22 | |
| 6 | Bel Mark invoices | YES | | 11/3/22 | |
| 7 | Bel Mark Transactions 10/26/10 - May 2013 | YES | | 11/3/22 | |
| 8 | January 2011 – December 2013 Advertising Transaction Report | YES | | 11/3/22 | |
| 9 | LeReve/Lerev Invoices | YES | | 11/3/22 | |
| 10 | LeReve/Lerev Transaction Reports | YES | | 11/3/22 | |
| 11 | 2011 Advertising/Promotional | YES | | 11/3/22 | |

---

[1] This is based on the court's directive at the pretrial conference regarding this exhibit and Defendant supplementing with the full document.

1

|     | Transaction Report |     |     |         |     |
| --- | --- | --- | --- | --- | --- |
| 12  | Richard Plezia 2010 Checks | YES |     | 11/3/22 |     |
| 12a | Check #51098 | YES |     | 11/3/22 |     |
| 12b | Check #51110 | YES |     | 11/3/22 |     |
| 12c | Check #51116 | YES |     | 11/3/22 |     |
| 12d | Check #51135 | YES |     | 11/3/22 |     |
| 12e | Check #1550 | YES |     | 11/3/22 |     |
| 12f | Check #51188 | YES |     | 11/3/22 |     |
| 12g | Check #51203 | YES |     | 11/3/22 |     |
| 12h | Check #1033 | YES |     | 11/3/22 |     |
| 12i | Check #1034 | YES |     | 11/3/22 |     |
| 13  | Richard Plezia 2011 Checks | YES |     | 11/3/22 |     |
| 13a | Check #15327 | YES |     | 11/3/22 |     |
| 13b | Check #15342 and 1037 | YES |     | 11/3/22 |     |
| 13c | Check #15352 | YES |     | 11/3/22 |     |
| 13d | Check #15366 | YES |     | 11/3/22 |     |
| 13e | Check #51509 | YES |     | 11/3/22 |     |
| 13f | Check #15395 | YES |     | 11/3/22 |     |
| 13g | Check #51578 | YES |     | 11/3/22 |     |
| 13h | Check #1839 | YES |     | 11/3/22 |     |
| 14  | Richard Plezia 2012 Checks | YES |     | 11/3/22 |     |
| 14a | Check #51706 | YES |     | 11/3/22 |     |
| 15  | Richard Plezia 2013 Checks | YES |     | 11/3/22 |     |
| 15a | Check #1071 | YES |     | 11/3/22 |     |
| 15b | Check #52343 | YES |     | 11/3/22 |     |
| 15c | Check #52447 | YES |     | 11/3/22 |     |
| 16  | Esquivel Chase Bank Records | YES |     | 1/5/23 |     |
| 17  | Esquivel Frost Bank Records | YES |     | 11/3/22 |     |
| 18  | Esquivel Wells Fargo Bank Records | YES |     | 1/5/23 |     |
| 19  | Esquivel Tran Law Group Records | YES |     | 1/5/23 |     |
| 20  | Gov. Payment Schedule | YES |     | 11/3/22 |     |
| 21  | Plezia Frost Bank Statements | YES |     | 11/3/22 |     |
| 22  | Quickbooks Report, Check #51949 | YES | Need Custodian |     |     |
| 23  | Marcus Esquivel 2010 Tax Return | YES |     | 11/3/22 |     |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Jeffrey Stern Check #1306 to Marcus Esquivel | YES | | 11/3/22 | |
| 25 | PowerEdge T710 ship date | YES | | 11/3/22 | |
| 26 | July 27, 2022 email from Heather Winter | YES | Agent | | 1/5/23 |
| 27 | Bridgit White May 29, 2019, re: Investigator | YES | | 11/3/22 | |
| 28 | Bridgit White February 1, 2019, re: Investigator | YES | | 11/3/22 | |
| 29 | Marcus Esquivel December 2013 check | YES | | 11/3/22 | |
| 30 | RJP BP cases | YES | Need Custodian | | |
| 31 | RJP BP Cartwright cases | YES | Need Custodian | | |
| 32 | Original Petition in Cause No. 10-cv-4110 | YES | | 11/3/22 | |
| 33 | Original Petition in Cause No. 12-cv-0170 | YES | | 11/3/22 | |
| 34 | Original Petition in Cause No. 12-cv-0605 | YES | | 11/3/22 | |
| 35 | Original Petition in Cause No. 12-cv-0606 | YES | | 11/3/22 | |
| 36 | Original Petition in Cause No. 12-cv-1772 | YES | | 11/3/22 | |
| 37 | BP Exposure Fact Sheet | YES | | 11/3/22 | |
| 38 | BP Docket Control Order | YES | | 11/3/22 | |
| 39 | BP Jury Verdict in Cause No, 12-cv-0648-A | YES | | 11/3/22 | |
| ~~40~~ | ~~Michelle Gaiser Complaint~~ | NO | Withdrawn | | |
| ~~41~~ | ~~Michelle Gaiser Indictment~~ | NO | Withdrawn | | |
| ~~42~~ | ~~Michelle Gaiser Conviction~~ | NO | Withdrawn | | |
| ~~43~~ | ~~Jeffrey Stern Indictment~~ | NO | Withdrawn | | |
| ~~44~~ | ~~Jeffrey Stern Motion and Dismissal~~ | NO | Withdrawn | | |
| 45 | August 2010 Cartwright-Plezia agreement | YES | | 1/5/23 | |
| 46 | August 5, 2010 Cartwright Letter | YES | | 1/5/23 | |

| | | | | | |
|---|---|---|---|---|---|
| 47 | December 7, 2010 Cartwright Letter | YES | | 1/5/23 | |
| 48 | December 9, 2011 Correspondence Cartwright to Plezia | YES | | 1/5/23 | |
| 49 | December 21, 2011 Correspondence Cartwright to Plezia | YES | | 1/5/23 | |
| 50 | January 26, 2011 email chain Marcus Esquivel | YES | | 11/3/22 | |
| 51 | February 8, 2011 Marcus Esquivel email Re: BP client | YES | | 11/3/22 | |
| 52 | April 19, 2013 Plezia PC Bank Statement | YES | | 11/3/22 | |
| 53 | Thelma Johnson redacted client file | YES | | 11/3/22 | |
| 54 | Vickie Randle redacted client file | YES | | 11/3/22 | |
| 55 | Robert Warren redacted client file | YES | | 11/3/22 | |
| 56 | BW redacted client file | YES | | 11/3/22 | |
| 57 | Sample BP client medicals | YES | | 11/3/22 | |
| 58 | BP Plaintifs Pre-Trial Motions | YES | | 11/3/22 | |
| 59 | JMS and YS Civil Fraud Penalty Lead Sheet | YES | | 11/3/22 | |
| 60 | JMS checks to Tyrone Moncriffe | YES | | 11/3/22 | |
| 61 | JMS Checks to Broussard | YES | | 11/3/22 | |
| 62 | May 2018 JMS and Collmer Agreement | YES | | 11/3/22 | |
| 63 | 2010, 2011, 2012, and 2013 1099 instructions | YES | | 11/3/22 | |
| 64 | Plezia PC 2010 1099's | YES | Custodian needed | | |
| 65 | Plezia PC 2011 1099's | YES | Custodian needed | | |
| 66 | Plezia PC 2012 1099's | YES | Custodian needed | | |

| | | | | | |
|---|---|---|---|---|---|
| 67 | Plezia PC 2013 1099's | YES | Custodian needed | | |
| 68 | Plea Agreement – Lamont Ratcliff | YES | | 11/3/22 | |
| 69 | Plea Agreement – Frederick Morris | YES | | 11/3/22 | |
| 70 | Plea Agreement – Jeffrey Stern | YES | | 11/3/22 | |
| 71 | September 16, 2017 email chain Dean Blumrosen | YES | Work product | | 1/5/23 |
| 72 | November 4, 2013 email chain Alice Lima | YES | | 11/3/22 | |
| 73 | January 7, 2014 email Paul Higdon | YES | | 11/3/22 | |
| 74 | May 11, 2017 email Mark Levin | YES | | 11/3/22 | |
| 75 | April 24, 2012 email chain Bennett Midio | YES | | 11/3/22 | |
| 76 | November 25, 2013 email chain Deborah Bradley | YES | | 11/3/22 | |
| 77 | April 23, 2012 email Aurelius Barba | YES | | 11/3/22 | |
| 78 | April 24, 2012 email chain Bennett Midio | YES | | 11/3/22 | |
| 79 | February 5, 2015 letter from Plezia to Southern Aircraft Services | YES | | 11/3/22 | |
| 80 | Partial Sworn Statement in Proof of Loss | YES | | 11/3/22 | |
| 81 | February 4, 2015 letter from Plezia to Community Bank | YES | | 11/3/22 | |
| 82 | Maintenance Logs | YES | | 11/3/22 | |
| 83 | Forensic Examination Report by Lone Star Group | YES | Prove up through expert | | |
| 84-A | Jeffrey Stern's Log | | | | |
| 84-B | Jeffrey Stern's Log | | | | |
| 84-C | Jeffrey Stern's Log | | | | |

5

Defendant reserves the right to amend this Fifth Amended Exhibit List as evidence is presented at trial.

                              Respectfully Submitted,

                              <u>/S/ Christopher L. Tritico</u>
                              **Christopher L. Tritico**
                              TRITICO RAINEY, PLLC
                              Fed Bar No. 52636
                              ctritico@triticorainey.com
                              Ron S. Rainey
                              Fed Bar No. 10076
                              rrainey@triticorainey.com
                              1523 Yale Street
                              Houston, Texas 77008
                              (713) 581-3399 Telephone
                              (713) 581-3360 Facsimile
                              *Attorneys for Defendant*
                              *Richard Plezia*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Fifth Amended Exhibit List has been forwarded to all attorneys via the Court's electronic notification system on this 11th day of January 2023.

    / s / Christopher L. Tritico
**Christopher L. Tritico**